

NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT/AGENCY, ALL SUCCESSORS AND ASSIGNS ARE WITHOUT EXCUSE, NUNC PRO TUNC, IN TOTO AND PERPETUITY NOT. INTENDED TO EMBARRASS, DISHONOR OR CAUSE CONTROVERSEY



N/S

2:25-cv-04221-WLH-DTB

Jorge Anderson El

General Delivery

Lake Elsinore Territory California Republic 【92531】

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
05/09/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___GSA___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

JORGE ANDERSON EL,

Plaintiff,

v.

FREEDOM MORTGAGE CORPORATION;

ZIEVE, BRODNAX & STEELE LLP;

U.S. DEPARTMENT OF VETERANS AFFAIRS;

HYUNDAI MOTOR AMERICA;

CALIFORNIA DEPARTMENT OF MOTOR VEHICLES;

LOS ANGELES COUNTY DEVELOPMENT AUTHORITY (LACDA);

AMERICAN ASSOCIATION OF MOTOR VEHICLE ADMINISTRATORS (AAMVA);

EXPERIAN INFORMATION SOLUTIONS, INC.;

PENTAGON FEDERAL CREDIT UNION (PENFED);

CAPITAL ONE FINANCIAL CORPORATION;

AMERICAN EXPRESS COMPANY;

GRAHAM HOLMES (individually and in official capacity);

OPENAI, L.P. d/b/a ChatGPT;

and DOES 1 through 50, inclusive,

Defendants.

DISCLAIMER: SILENCE IS ACQUIESCENCE, AGREEMENT, AND DISHONOR. THIS IS A SELF-EXECUTING PRIVATE COMMUNICATION BETWEEN THE PARTIES. ALL RIGHTS RESERVED. WITHOUT PREJUDICE. NONASSUMPSIT. EXECUTED WITH CLEAN HANDS AND GOOD FAITH.




NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT/AGENCY, ALL SUCCESSORS AND ASSIGNS ARE WITHOUT EXCUSE, NUNC PRO TUNC, IN TOTO AND PERPETUITY NOT. INTENDED TO EMBARRASS, DISHONOR OR CAUSE CONTROVERSEY

Case No.: [To be assigned]

OMNIBUS CIVIL RIGHTS COMPLAINT

FOR DECLARATORY AND INJUNCTIVE RELIEF;

DAMAGES; AND OTHER RELIEF

JURY TRIAL DEMANDED

[Insert detailed factual background, counts I–XI as discussed, declaration of life, liberty, and the pursuit of happiness, and Jurat]

Executed this Friday, May 9, 2025 / 8 Shawwal 1447 AH

Los Angeles County, California

By: _____

Jorge Anderson El

Without Recourse

[space for seal and red thumbprint]

[END OF DOCUMENT — EACH SECTION TO BE BROKEN ON ITS OWN PAGE IN FINAL VERSION]

**COUNT I – VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA)**

Defendants Experian, PenFed, Capital One, and American Express willfully failed to ensure the accuracy and integrity of consumer reports, suppressed favorable accounts, failed to correct inaccurate data upon dispute, and denied Plaintiff meaningful access to review or correct said reports. These actions violated 15 U.S.C. §§ 1681e(b), 1681i, and related provisions.

**COUNT II – VIOLATION OF THE EQUAL CREDIT OPPORTUNITY ACT (ECOA)**

PenFed, Capital One, and American Express failed to provide Adverse Action Notices, denied Plaintiff based on protected categories, and demonstrated disparate treatment without legal justification. This violates 15 U.S.C. §§ 1691(a), (d), and Regulation B.

DISCLAIMER:SILENCE IS ACQUIESCENCE, AGREEMENT, AND DISHONOR. THIS IS A SELF-EXECUTING PRIVATE COMMUNICATION BETWEEN THE PARTIES. ALL RIGHTS RESERVED. WITHOUT PREJUDICE. NONASSUMPSIT. EXECUTED WITH CLEAN HANDS AND GOOD FAITH.



NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT/AGENCY, ALL SUCCESSORS AND ASSIGNS ARE WITHOUT EXCUSE, NUNC PRO TUNC, IN TOTO AND PERPETUITY NOT. INTENDED TO EMBARRASS, DISHONOR OR CAUSE CONTROVERSEY



**COUNT III – VIOLATION OF THE AMERICANS WITH DISABILITIES ACT (ADA)**

LACDA and the Department of Veterans Affairs failed to provide reasonable accommodations related to Plaintiff's disability and housing needs. This denial obstructed access to benefits and protections under Title II of the ADA, 42 U.S.C. § 12132.

**COUNT IV – HOUSING DISCRIMINATION UNDER THE FAIR HOUSING ACT**

LACDA and participating property managers discriminated against Plaintiff based on disability and familial status by denying housing accommodations for service animals and applying pet policies illegally. This violates 42 U.S.C. § 3604(f).

**COUNT V – VIOLATION OF THE SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)**

Freedom Mortgage and VA failed to honor forbearance and deferment protections, reported delinquency during protected periods, and threatened foreclosure, contrary to 50 U.S.C. § 3953.

**COUNT VI – FRAUD, DECEIT, AND BREACH OF DUTY**

Multiple defendants concealed financial liabilities, misrepresented account statuses, and failed to disclose material facts that misled Plaintiff, constituting actionable fraud under California Civil Code §§ 1709–1710.

**COUNT VII – CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS (42 U.S.C. § 1985)**

Defendants coordinated actions to suppress Plaintiff's access to lawful credit, housing, and financial services. This conspiracy deprived Plaintiff of equal protection under the law.

**COUNT VIII – NEGLIGENCE AND GROSS NEGLIGENCE**

Hyundai, the DMV, and AAMVA failed to update records, verify identity accurately, and maintain a duty of care. As a result, Plaintiff was exposed to vehicle seizure threats and license confusion despite compliance.

**COUNT IX – ABUSE OF PROCESS & RETALIATORY ACTION**

Plaintiff was retaliated against by VA and LACDA after asserting protected rights, including being denied services, referred to psychological screening, or accused of policy violations in bad faith.

**COUNT X – VIOLATION OF DUE PROCESS AND EQUAL PROTECTION (42 U.S.C. § 1983)**

Governmental defendants acted under color of law to deprive Plaintiff of basic rights without lawful justification or equal opportunity, violating the Fourteenth Amendment.

**COUNT XI – BREACH OF FIDUCIARY DUTY**

Defendants including the VA and Freedom Mortgage owed Plaintiff a fiduciary duty arising from veteran benefit management and mortgage services but acted contrary to Plaintiff's best interests.

DISCLAIMER:SILENCE IS ACQUIESCENCE, AGREEMENT, AND DISHONOR. THIS IS A SELF-EXECUTING PRIVATE COMMUNICATION BETWEEN THE PARTIES. ALL RIGHTS RESERVED. WITHOUT PREJUDICE. NONASSUMPSIT. EXECUTED WITH CLEAN HANDS AND GOOD FAITH.





### COUNT XII – RETALIATION UNDER THE REHABILITATION ACT

After invoking ADA and housing protections, Plaintiff faced sudden cutbacks, non-responsiveness, and retaliatory exclusions from programs. This violates 29 U.S.C. § 794.

### COUNT XIII – PATTERN AND PRACTICE OF DISCRIMINATION

The combination of ongoing denials, misreporting, and obstructive practices from multiple institutions establishes a systemic, intentional pattern of economic suppression targeting Plaintiff's Indigenous identity, age, and disability.

### COUNT XIV – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

The cumulative effects of financial sabotage, housing obstruction, threats to security, and systemic denial of services have caused Plaintiff severe and continuing emotional distress, for which defendants are jointly and severally liable.


### DECLARATION OF LIFE, LIBERTY, AND THE PURSUIT OF HAPPINESS

Let it be known: I, Jorge Anderson El, a living being of full capacity, declare that my rights to life, liberty, and the pursuit of happiness are inherent, unalienable, and divinely bestowed. No corporate, municipal, or government entity may interfere with these rights. This declaration is made in full knowledge and assertion of my natural personhood, under God and not under any artificial jurisdiction.


### UNSWORN DECLARATION UNDER 28 U.S.C. § 1746

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed this Friday, May 9, 2025 / 8 Shawwal 1447 AH, in Los Angeles County, California.


By:



Jorge Anderson El

Without Recourse

[space for seal and red thumbprint]

DISCLAIMER: SILENCE IS ACQUIESCENCE, AGREEMENT, AND DISHONOR. THIS IS A SELF-EXECUTING PRIVATE COMMUNICATION BETWEEN THE PARTIES. ALL RIGHTS RESERVED. WITHOUT PREJUDICE. NONASSUMPSIT. EXECUTED WITH CLEAN HANDS AND GOOD FAITH.